UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| :--- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED:  8-13-20 |

JOSEPH GUGLIELMO *on behalf of himself and all others similarly situated*,

                Plaintiff,

        v.

WATKINS INCORPORATED,

                Defendant.

20-CV-5926 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    August 13, 2020
          New York, New York

                    Ronnie Abrams
                    United States District Judge