UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GUGLIELMO, *on behalf of himself and all others similarly situated*, <br><br>        Plaintiff, <br><br>     v. <br><br>J.R. WATKINS, LLC, <br><br>        Defendant. | No. 20-CV-5926 (RA) <br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On August 24, 2020, Plaintiff amended his complaint to name J.R. Watkins, LLC as a defendant, and voluntarily dismissed his claims against the prior defendant, Watkins Incorporated. *See* Dkts. 8, 10. Plaintiff completed service on August 26, 2020, *see* Dkt. 13, but J.R. Watkins, LLC has yet to appear or answer the complaint. No later than March 22, 2021, Plaintiff shall file an update on the status of this case, including whether he intends to commence default judgment proceedings.

SO ORDERED.

Dated:  March 1, 2021
     New York, New York

                     Ronnie Abrams
                     United States District Judge